| Date | Atty | Activity | Time | Fee |
|------|------|----------|------|-----|
| 8/25/2010 | ML | Intake interview | 1.2 | 510.00 |
| 8/25/2010 | ML | TC to Joel Medow (crim counsel) | 0.1 | 42.50 |
| 9/16/2010 | ML | TC to Joel Medow | 0.1 | 42.50 |
| 9/21/2010 | ML | Mtg w/client, drafted sent letters to Joel Medow for file | 0.5 | 212.50 |
| 9/28/2010 | ML | Reviewed criminal file received from Joel Medow; tel conf w/Medow re: case | 1.2 | 510.00 |
| 10/1/2010 | ML | TC w/client re: materials, details, status | 0.3 | 127.50 |
| 10/1/2010 | ML | Research issues relating to 1983 liab under issues presented / joint and several liability for defs when incarceration stems from multiple arrests | 3.0 | 1,275.00 |
| 10/1/201 | ML | Conf w/Marc Reibman re: case | 0.3 | 127.50 |
| 10/4/2010 | ML | Drafted/edited Notice of Claim | 0.8 | 340.00 |
| 10/14/2010 | ML | TC w/client re: status | 0.1 | 42.50 |
| 11/15/2010 | ML | TC w/client re: status, schedule meeting | 0.1 | 42.50 |
| 11/29/2010 | ML | Mtg w/client to prep for 50H exam | 1.2 | 510.00 |
| 11/30/2010 | ML | Attend 50H exam | 1.8 | 765.00 |
| 12/20/2010 | ML | Drafting complaint | 1.5 | 637.50 |
| 12/21/2010 | ML | Continued drafting complaint | 1.0 | 425.00 |
| 1/3/2011 | ML | Completed and edited complaint | 2.0 | 850.00 |
| 1/6/2011 | ML | TC w/client re: status | 0.2 | 85.00 |
| 1/11/2011 | ML | Reviewed Scheduling Order | 0.3 | 127.50 |
| 1/18/2011 | ML | Arranged for service (w/160.50 az) | 0.3 | 127.50 |
| 1/28/2011 | ML | Filed Affs of Service | 0.2 | 85.00 |
| 2/7/2011 | ML | Filed confirmation of service of 160.50 az | 0.2 | 85.00 |
| 2/16/2011 | ML | Reviewed defs' motion for ext of time to answer and adj of initial conf | 0.2 | 85.00 |
| 2/16/2011 | ML | Reviewed Court's order on defs motion | 0.1 | 42.50 |
| 3/14/2011 | ML | Reviewed Court's order resetting conf date and time | 0.1 | 42.50 |
| 3/14/2011 | ML | Multiple emails w/K Savino re: joint letter to Court in advance of initial conference | 0.2 | 85.00 |
| 3/15/2011 | ML | Reviewed defs' proposed joint letter; inserted plaintiffs' statements and positions; exchanged w/K Savino | 1.0 | 425.00 |
| 3/15/2011 | ML | Multiple emails w/K Savino re: joint letter and call from chambers requesting a change in the conference time | 0.3 | 127.50 |
| 3/17/2011 | ML | Reviewed defs' Answer | 0.4 | 170.00 |
| 3/21/2011 | ML | TC and email to K Savino re: missing draft proposed case management plan from defendants | 0.2 | 85.00 |
| 3/22/2011 | ML | Appeared for initial conference | 0.4 | 170.00 |
| 3/28/2011 | ML | Reviewed defs' R26 disclosures | 0.5 | 212.50 |
| 3/28/2011 | ML | Drafted/edited R26 disclosures | 1.2 | 510.00 |
| 4/5/2011 | ML | TC w/K Savino re: defs' motion for more time to identify officers involved plaintiffs' arrest and defs' mistaken id of P.O. Vera in their initial R26 disclosures | 0.2 | 85.00 |
| 4/6/2011 | ML | Prepare for and attend Ct. conference | 1.0 | 425.00 |
| 4/7/2011 | ML | Reviewed defs' supp R26 disclosures | 0.3 | 127.50 |
| 4/7/2011 | ML | TC w/K Savino re: outstanding info and documents | 0.2 | 85.00 |

| Date | Atty | Activity | Time | Fee |
|------|------|----------|------|-----|
| 4/7/2011 | ML | Conf w/Marc Reibman re: case status, strategy, etc. | 0.3 | 127.50 |
| 4/8/2011 | ML | TC w/client re: status, settlement issues | 0.3 | 127.50 |
| 4/22/2011 | ML | Reviewed defs' second supp R26 disclosures (pp 47-124) | 1.5 | 637.50 |
| 4/22/2011 | ML | Conf w/Marc Reibman re: case status, strategy, etc. | 0.2 | 85.00 |
| 4/22/2011 | ML | TC w/client re: issues concerning materials produced by defendants | 0.4 | 170.00 |
| 4/26/2011 | ML | Reviewed email form K Savino; TC w/K Savino, re: defs' request for two-week extension of time to complete doc discovery | 0.4 | 170.00 |
| 4/27/2011 | ML | Reviewed defs' motion | 0.1 | 42.50 |
| 4/28/2011 | ML | Reviewed Court's order on defs motion | 0.1 | 42.50 |
| 5/2/2011 | ML | Reviewed criminal trial transcript produced by defendants | 1.5 | 637.50 |
| 5/3/2011 | ML | Continued review of criminal trial transcript | 0.8 | 340.00 |
| 5/4/2011 | ML | Drafting plaintiff's disc responses | 1.0 | 425.00 |
| 5/9/2011 | ML | TC w/K Savino re: scheduling depositions, possible settlement, discovery issues | 0.4 | 170.00 |
| 5/9/2011 | ML | Completed and served disc responses | 1.0 | 425.00 |
| 5/11/2011 | ML | Reviewed email from K Savino w/additional records from Brookdale Hospital and criminal trial transcript | 0.3 | 127.50 |
| 5/11/2011 | ML | Reviewed defs' motion for ext of time to complete discovery | 0.2 | 85.00 |
| 5/12/2011 | ML | Reviewed Court's order on defs motion | 0.1 | 42.50 |
| 5/16/2011 | ML | Continued review of additional materials | 1.5 | 637.50 |
| 5/18/2011 | ML | Reviewed newest supplemental disclosures (pp 507-534) | 1.0 | 425.00 |
| 5/18/2011 | ML | Email to K Savino concerning newest disclosures | 0.1 | 42.50 |
| 5/24/2011 | ML | Reviewed supplmental disclosures received by email (pp 535-572), which are final Brookdale Hospital records | 2.5 | 1,062.50 |
|  | ML | TC w/client concerning status of case, strategy, issues raised by defs' disc production, and upcoming deposition | 0.5 | 212.50 |
| 5/26/2011 | ML | Reviewed disclosures received 5/25 by email | 0.2 | 85.00 |
| 5/31/2011 | ML | Reviewed crim trial transcript; Brookdate records; psych records from criminal file produced by defs, in prep for upcoming depositions | 3.0 | 1,275.00 |
| 6/1/2011 | ML | Mtg w/client to prep for 6/2 deposition, review issues raised in defs' disc production, discuss strategy, etc. | 2.8 | 1,190.00 |
| 6/1/2011 | ML | Reviewed R68 Offer | 0.2 | 85.00 |
|  |  |  | **43.1** | **18,317.50** |